JOSEPH COLUCCIO, an Infant, by FRANK COLUCCIO, His Guardian ad Litem, et al., Respondents, v. FRED STOCKER et al., Appellants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.